# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NATHAN EDWARDS, #132106,

    Plaintiff,                                 Case Number: 05-73790

v.                                              JUDGE PAUL D. BORMAN
                                                  UNITED STATES DISTRICT COURT

DAVE J. BURNETT, *et al.*,

    Defendants.

_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANTS' RULE 12(b)(6) MOTION FOR DISMISSAL FOR LACK OF EXHAUSTION

Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendants' Motion to Dismiss for Lack of Exhaustion. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendants' Motion to Dismiss for Lack of Exhaustion.

**SO ORDERED.**

                                                       s/Paul D. Borman
                                                       PAUL D. BORMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: July 12, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 12, 2006.

                                            s/Denise Goodine
                                            Case Manager