# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NATHAN EDWARDS, #132106,

    Plaintiff,                               Case Number: 05-73790

v.                                                 JUDGE PAUL D. BORMAN
                                                  UNITED STATES DISTRICT COURT

DAVE J. BURNETT, *et al.*,

    Defendants.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation DENYING Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction.

    SO ORDERED.

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 12, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 12, 2006.

                                                                  s/Denise Goodine
                                                                  Case Manager