**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NATHAN EDWARDS, #132106,            CASE NO. 05-73790

        Plaintiff,            JUDGE PAUL D. BORMAN
                                                  UNITED STATES DISTRICT COURT

v.

DAVE J. BURNETT, *et al.*,

        Defendants.
_____/

<u>JUDGMENT</u>

On this date, the Court accepted the Reports and Recommendations of Magistrate Judge R. Steven Whalen .

Therefore, a judgment is entered in favor of the Defendants and against the Plaintiff.


Dated:  July 12, 2006                            s/Denise Goodine
                                                                   Case Manager


CERTIFICATE OF SERVICE

Copies of this Order  were served on the attorneys of  record by electronic means or U.S. Mail on July 12, 2006.


                                                              s/Denise Goodine
                                                                  Case Manager